IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN E. COLLINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CIVIL ACTION NO. 1:18-cv-511-TFM-N |
| CITY OF MOBILE, ALABAMA, | ) ) ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order that was entered on this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall recover nothing by this suit.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58. This case is hereby closed.

**DONE** and **ORDERED** this 13th day of August, 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE